SEALED

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

JAN 3 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) Case No.
                                     )
                    Plaintiff,       )
                                     )      2:13-CR-035 JAM
         v.                          )
                                     ) ORDER TO SEAL
ERIK DAVID MCKINNEY,                 )
                                     ) (UNDER SEAL)
                    Defendant.       )
                                     )
_____    )

    The Court hereby orders that the Indictment, the Petition of

Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this

Order, in the above-referenced case, shall be sealed until the

arrest of the defendant or until further order of the Court.

DATED:  ___1/31/2013___

                              _____
                              KENDALL J. NEWMAN
                              United States Magistrate Judge

1