JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIK DAVID McKINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00035 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ERIK DAVID McKINNEY, | ) | DATE: May 21, 2013 |
| | ) | TIME: 9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, ERIK DAVID McKINNEY, that the status conference set for Tuesday, March 12, 2013 be continued to Tuesday, May 21, 2013 at 9:45 a.m.

    The reason for this continuance is to allow defense counsel time to review the evidence in this case and discuss it with the government and Mr. McKinney.  The case involves several computer hard drives, which the government is arranging to make available to the defense and

Stipulation and Order

which the defense must review subject to a protective order.  Further, the defense is investigating mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 21, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 11, 2013                JOSEPH SCHLESINGER
                                     Acting Federal Defender


                                     /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant

DATED: March 11, 2013                BENJAMIN WAGNER
                                     United States Attorney


                                     /s/ Rachelle Barbour for
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance

Stipulation and Order                     2

outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including May 21, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the March 12, 2013 status conference shall be continued until May 21, 2013, at 9:45 a.m.

DATED: March 11, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Stipulation and Order                3