HEATHER E. WILLIAMS, Bar #122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIK DAVID McKINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00035 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ERIK DAVID McKINNEY, | ) | DATE: June 25, 2013 |
| | ) | TIME: 9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, ERIK DAVID McKINNEY, that the status conference set for Tuesday, May 21, 2013 be continued to Tuesday, June 25, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel time to review the evidence in this case and discuss it with the government and Mr. McKinney.  The case involves several computer hard drives, which the government has made available to the defense and which the defense must further review subject to a protective order.  Further,

the defense is investigating mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 25, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: May 16, 2013              HEATHER E. WILLIAMS
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Research and Writing Attorney
                                 Attorney for Defendant

DATED: May 16, 2013              BENJAMIN WAGNER
                                 United States Attorney


                                 /s/ Rachelle Barbour for
                                 KYLE REARDON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy

**2**

1  trial.
2      The Court orders that the time from the date of the parties
3  stipulation, up to and including June 25, 2013, shall be excluded from
4  computation of time within which the trial of this case must be
5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
6  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
7  further ordered that the May 21, 2013 status conference shall be
8  continued until June 25, 2013, at 9:45 a.m.
9  DATED: May 17, 2013

/s/ John A. Mendez
_____
HON. JOHN A. MENDEZ
United States District Court Judge

Stipulation and Order                    **3**