1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:13-CR-00035-JAM

12          Plaintiff,                 PRELIMINARY ORDER OF
                                       FORFEITURE
13      v.

14  ERIK DAVID MCKINNEY,

15          Defendant.

16

17      Based upon the plea agreement entered into between plaintiff United States of

18  America and defendant Erik David McKinney it is hereby ORDERED, ADJUDGED

19  AND DECREED as follows:

20      1.      Pursuant to 18 U.S.C. § 2253, defendant Erik David McKinney's interest

21  in the following property shall be condemned and forfeited to the United States of

22  America, to be disposed of according to law:

23          (a) One laptop computer, serial number A10AAS352395;
            (b) One LG Corsui CPU computer, serial number 12B1700200100; and
24          (c) One Asus laptop computer, serial number AGNO8S2679325C.

25      2.      The above-listed property was used or intended to be used to commit or to

26  promote the commission of violation of 18 U.S.C. § 2252.

27      3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be

28  authorized to seize the above-listed property.  The aforementioned property shall be

                                       1
                                                          Preliminary Order of Forfeiture

1  seized and held by the United States, in its secure custody and control.

2      4.    a.      Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n),

3  and Local Rule 171, the United States shall publish notice of the order of forfeiture.

4  Notice of this Order and notice of the Attorney General's (or a designee's) intent to

5  dispose of the property in such manner as the Attorney General may direct shall be

6  posted for at least thirty (30) consecutive days on the official internet government

7  forfeiture site www.forfeiture.gov.  The United States may also, to the extent

8  practicable, provide direct written notice to any person known to have alleged an

9  interest in the property that is the subject of the order of forfeiture as a substitute for

10  published notice as to those persons so notified.

11        b.      This notice shall state that any person, other than the defendant,

12  asserting a legal interest in the above-listed property, must file a petition with the

13  Court within sixty (60) days from the first day of publication of the Notice of Forfeiture

14  posted on the official government forfeiture site, or within thirty (30) days from the

15  receipt of direct written notice, whichever is earlier.

16      5.    If a petition is timely filed, upon adjudication of all third-party interests, if

17  any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in

18  which all interests will be addressed.

19        SO ORDERED this 14th day of January, 2014.

20

21        /s/ John A. Mendez_____
          JOHN A. MENDEZ
22        United States District Court Judge

23

24

25

26

27

28

2